

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2017

No. 04-16-00644-CV

**UTILITY TRAILER SALES SOUTHEAST TEXAS, INC.,**
Appellant

v.

Hector L. **LOZANO** and Mary E. Short,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2015CVT003881 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## O R D E R

Appellant's unopposed motion for extension of time to file reply brief is hereby GRANTED. Time is extended to March 13, 2017.

It is so **ORDERED** on February 27, 2017.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court